**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                       )
                                                             )    Case No.  3:21-bk-01793
APOSTOLIC ASSEMBLIES OF JESUS      )
CHRIST INC., a Florida not-for-profit                 )    Chapter 11
corporation,                                             )
                                                             )
                    Debtor.                          )
_____

**DISCLOSURE OF COMPENSATION OF PROPOSED ATTORNEY FOR DEBTOR**

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the captioned debtor (the "Debtor") and that compensation paid to me by the Debtor within one year before the filing of the Debtor's petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows.

For legal services, I have agreed to accept $350.00 per hour during the bankruptcy case.

Prior to the filing of this statement, I have received $25,000 in legal services in the past year, plus $5,000 for filing fees and costs for the filing of the instant petition and the petition for associated Debtor for Zaraphath Academy, Inc.  Zaraphath Academy, Inc. has agreed to commit $50,000.00 as a retainer for these chapter 11 cases, which retainer is to be paid from funds requested by the Debtor from certain government programs.

Currently there is a Balance Due for legal fees in the amount of $14,100.  The agreement between Zaraphath Academy, Inc. and myself for compensation is set forth in an engagement letter, and will be detailed in my application for employment, which will be filed shortly.  I also certify as to the balance of the information set forth in this Disclosure.

2.  The source of the compensation paid to me was from Zaraphath Academy, Inc.

3.  The source of the compensation to be paid to me is by Zaraphath Academy, Inc.

4. I have not agreed to share the above-compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e. Resolution of the claims of the Internal Revenue Service;

    f. Resolution of mortgage claims; and

    g. Other services related to this chapter 11 case necessary to bring this matter to closure.

6. By agreement with the Debtor, the above-disclosed fee does not include the following services: Post-conversion or dismissal services, or services in the event a trustee or similar fiduciary is appointed to replace the Debtor in possession.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_July 22, 2021_  
*Date*

_[signature]_  
*Signature of Attorney*

The Law Offices of Eric N. McKay  
*Name of Law Firm*